**Bryon GOSSARD, d/b/a Gilbert Indoor Range, LLC, Petitioner-Appellant,**

v.

**Michael FRONCZAK, Director of Industry Operations, U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, Respondent-Appellee.**

No. 16-2187

United States Court of Appeals, Fourth Circuit.

Submitted: October 31, 2017

Decided: November 13, 2017

Athan T. Tsimpedes, TSIMPEDES LAW FIRM, Washington, DC, for Appellant. Stephen M. Schenning, Acting United States Attorney, Jane E. Andersen, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ, KING, and SHEDD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryon Gossard, d/b/a Gilbert Indoor Range, LLC, appeals the district court's orders granting summary judgment to the Respondent and upholding the decision to deny his application for a federal firearms license, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gossard v. Fronczak,* No. 8:15-cv-00850-TDC, 2016 WL 4240317, 2016 WL 3647611 (D. Md. filed Aug. 10, 2016, entered Aug. 11, 2016; June 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*